UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELIZABETH MARTINEZ, ET AL.,

Plaintiffs,

v.

RIVERSIDE COUNTY, ET AL.,

Defendants.

Case No. 5:26-cv-04275-KK (ACCVx)

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO IDENTIFY AND SERVE DOE DEFENDANTS (FIRST REQUEST FOR EXTENSION)**

On October 21, 2026, the Parties filed a Joint Stipulation to Extend Time to Identify and Serve Doe Defendants (First Request for Extension), with the supporting Declaration of T. Kennedy Helm, IV.

Section II of the Civil Standing Order provides that any Doe defendant not identified and served within ninety days after the case is filed will be dismissed under Federal Rule of Civil Procedure 4(m); here, that period ends October 28, 2026. (Dkt. 12 at 2.) Plaintiffs have shown good cause for an extension. Their pre-suit public-records requests did not yield the identities of the custody and medical personnel involved, because the Riverside Sheriff's Office has withheld its records, and Plaintiffs could not

seek discovery before the parties' Rule 26(f) conference. Fed. R. Civ. P. 4(m), 6(b)(1)(A), 26(d)(1). The request was made before the period expired.

The Court, having considered the Parties' Stipulation and the supporting declaration, and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1. The time for Plaintiffs to identify and serve Does 1–10 under Section II of the Civil Standing Order and Federal Rule of Civil Procedure 4(m) is extended to January 21, 2027; and
2. The Doe defendants will not be dismissed for failure to identify or serve them before that date.

IT IS SO ORDERED.

Dated: October 22, 2026

HONORABLE KENLY KIYA KATO
United States District Judge